**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD, *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST,[2] | |
| Plaintiff, | |
| v. | Adv. Proc. No. 24-50198 (KBO) |
| NAWAAZ MOHAMMAD MEERUN, | **Re: Adv. D.I. 1, 11, 12, 13, 36, 37, 45 and 46** |
| Defendant. | |

**NOTICE OF COMPLETION OF BRIEFING REGARDING**
**DEFENDANT MOHAMMAD NAWAAZ MEERUN'S MOTION TO COMPEL**
**ARBITRATION AND STAY PROCEEDINGS, OR, IN THE ALTERNATIVE, MOTION**
**TO DISMISS THE COMPLAINT FOR FAILURE TO STATE A CLAIM**

PLEASE TAKE NOTICE that, Defendant Mohammad Nawaaz Meerun[3] ("Defendant"),

by and through his undersigned counsel, hereby notifies the Court that briefing on *Defendant*

*Mohammad Nawaaz Meerun's Motion to Compel Arbitration and Stay Proceedings, or, in the*

---

[1]   The last four digits of the prior-named Plaintiffs (*see infra* fn. 2), FTX Trading Ltd. and Alameda Research LLC, tax identification number, are 3288 and 4063 respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.

[2]   The Complaint (defined in the Motion) commencing this Adversary Proceeding (defined therein) was filed by FTX Trading Ltd. and Alameda Ltd.; FTX Recovery Trust was substituted in as the Plaintiff in the Adversary Proceeding consistent with Debtors' Plan and pursuant to an order of the Court. *See* D.I. 29554.

[3]   Defendant's name is incorrectly pled in the Complaint as Nawaaz Mohammad Meerun. His actual legal full name is Mohammad Nawaaz Meerun. This pleading uses his correct name.

*Alternative, Motion to Dismiss the Complaint for Failure to State a Claim* (the "Motion") is complete.  The following documents relate to the Motion:

1.      Complaint for Fraud, Breach of Contract, Unjust Enrichment, Avoidance and Recovery of Transfers Pursuant to 11 U.S.C. §§ 105, 547, and 550, and Disallowance of Claims Pursuant to 11 U.S.C. § 502(d) (filed: November 8, 2024; Adv. D.I. 1);

2.      Defendant Mohammad Nawaaz Meerun's Motion to Compel Arbitration and Stay Proceedings, or, in the Alternative, Motion to Dismiss the Complaint for Failure to State a Claim (filed: February 14, 2025; Adv. D.I. 11);

3.      Defendant Mohammad Nawaaz Meerun's Memorandum of Law in Support of His Motion to Compel Arbitration and Stay Proceedings, Or, in the Alternative, Motion to Dismiss the Complaint for Failure to State a Claim (filed: February 14, 2025; Adv. D.I. 12);

4.      Declaration of Tara C. Pakrouh in Support of Defendant Mohammad Nawaaz Meerun's Motion to Compel Arbitration and Stay Proceedings, Or, in the Alternative, Motion to Dismiss the Complaint for Failure to State a Claim (filed: February 14, 2025; Adv. D.I. 13);

5.      Memorandum of Law in Opposition to Defendant's Motion to Compel Arbitration and Stay Proceedings or to Dismiss the Complaint for Failure to State a Claim (filed: April 11, 2025; Adv. D.I. 36);

6.      Declaration of Stephen Houseman KC in Support of Memorandum of Law in Opposition to Defendant's Motion to Compel Arbitration and Stay Proceedings or to Dismiss the Complaint for Failure to State a Claim (filed: April 11, 2025; Adv. D.I. 37);

17326376/1

7.      Reply in Further Support of Defendant Mohammad Nawaaz Meerun's Motion to Compel Arbitration and Stay Proceedings, Or, in the Alternative, Motion to Dismiss the Complaint for Failure to State a Claim (filed: May 9, 2025; Adv. D.I. 45).

8.      Defendant's Request for Oral Argument on Defendant Mohammad Nawaaz Meerun's Motion to Compel Arbitration and Stay Proceedings, or, in the Alternative, Motion to Dismiss the Complaint for Failure to State a Claim (filed: May 12, 2025; Adv. D.I. 46).

Dated: May 12, 2025
    Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Siena B. Cerra*
Tara C. Pakrouh (DE Bar No. 6192)
Cortlan S. Hitch (DE Bar No. 6720)
Siena B. Cerra (DE Bar No. 7290)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: tpakrouh@morrisjames.com
    chitch@morrisjames.com
    scerra@morrisjames.com

and

**MORRISON COHEN LLP**
Jason P. Gottlieb (admitted *pro hac vice*)
Heath D. Rosenblat (admitted *pro hac vice*)
Michael Mix (admitted *pro hac vice*)
Rachel Fleder (admitted *pro hac vice*)
909 Third Avenue, 27th Floor
New York, NY 10022-4784
Telephone: (212) 735-8600
Facsimile: (917) 522-3116
E-mail: jgottlieb@morrisoncohen.com
    hrosenblat@morrisoncohen.com
    mmix@morrisoncohen.com
    rfleder@morrisoncohen.com

*Counsel to Defendant Mohammad Nawaaz Meerun*

17326376/1