IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*,[1] | ) | Case No. 22-11068 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| FTX RECOVERY TRUST, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| -against- | ) | Adv. Proc. No. 24-50198 (KBO) |
| | ) | |
| MOHAMMAD NAWAAZ MEERUN, | ) | **Related to Docket No. 15** |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER GRANTING IN PART DEFENDANT'S MOTION TO STAY
DISCOVERY PENDING A RULING ON DEFENDANT MOHAMMAD
NAWAAZ MERRUN'S MOTION TO COMPEL**

For the reasons set forth in the accompanying Letter, it is hereby ordered that:

1. *Defendant's Motion to Stay Discovery Pending a Ruling on Defendant Mohammad Nawaaz Merrun's Motion to Compel* [D.I. 15] is granted as set forth herein.

2. The discovery deadlines set forth in paragraph 3 of the *Case Management Plan and Scheduling Order* [D.I. 5] are hereby stayed until further order of this Court.

3. Notwithstanding, discovery is permitted on any arbitrability issues as

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of reorganized debtor entities (the "**Reorganized Debtors**") in the above-captioned chapter 11 cases, a complete list of the Reorganized Debtors' last four digits of their federal tax identification numbers is not provided herein but may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

necessary and appropriate.

Dated: June 2, 2025
Wilmington, Delaware

/s/ Karen B. Owens
Karen B. Owens
Chief Judge