**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 24-50198 (KBO) |
| NAWAAZ MOHAMMAD MEERUN, | **Re: Adv. D.I. 70** |
| Defendant. | |

**REQUEST FOR ORAL ARGUMENT ON MOTION OF
MORRISON COHEN LLP AND MORRIS JAMES LLP TO
WITHDRAW AS COUNSEL TO MOHAMMAD NAWAAZ MEERUN[2]**

Pursuant to Rule 7007-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Court"), Morrison Cohen LLP and Morris James LLP (collectively, "**Firms**"), hereby request that the Court permit oral argument on the *Motion of Morrison Cohen LLP and Morris James LLP to Withdraw as Counsel to Mohammad Nawaaz Meerun* [Adv. Docket No. 70] (the "**Motion**").  A Certificate of No Objection to the Motion was filed on June 17, 2025.  *See* Adv. D.I. 71.

---

[1]   The last four digits of the prior-named plaintiffs (*see* n.3, *infra*), FTX Trading Ltd.'s and Alameda Research LLC's, tax identification number, are 3288 and 4063 respectively.

[2]   Defendant's name is incorrectly pleaded as Nawaaz Mohammad Meerun. His actual legal full name is Mohammad Nawaaz Meerun. This Opposition (defined below) uses his correct name.

Dated: June 18, 2026
      Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Tara C. Pakrouh*
Tara C. Pakrouh (DE Bar No. 6192)
Cortlan S. Hitch (DE Bar No. 6720)
Siena B. Cerra (DE Bar No. 7290)
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: tpakrouh@morrisjames.com
      chitch@morrisjames.com
      scerra@morrisjames.com

and

**MORRISON COHEN LLP**
Jason P. Gottlieb (admitted *pro hac vice*)
Heath D. Rosenblat (admitted *pro hac vice*)
Michael Mix (admitted *pro hac vice*)
Rachel F. Rothman (admitted *pro hac vice*)
909 Third Avenue, 27th Floor
New York, NY 10022-4784
Telephone: (212) 735-8600
Facsimile: (917) 522-3116
E-mail: jgottlieb@morrisoncohen.com
      hrosenblat@morrisoncohen.com
      mmix@morrisoncohen.com
      rfleder@morrisoncohen.com

*Counsel to Defendant Mohammad Nawaaz Meerun*

2

17968810/1